IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>*Plaintiff,*<br><br>VS.<br><br>CONSUMER FINANCIA.L RESOURCES LLC d/b/a STUDENT LOAN RESOLVE,<br><br>*Defendant.* | §§§§§§§§§§§§§<br><br>Civil Action No. 4:17-CV-00174 |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE IS HEREBY GIVEN that all claims pending against all defendants have been resolved to the parties' satisfaction. The parties respectfully request that this Court allow sixty (60) days within which to complete the settlement and dismiss the case with prejudice at that time should there be no further activity from either party.

Respectfully submitted,

**GRAY REED & MCGRAW LLP**

By: */s/ Ralph Perry-Miller*
**RALPH PERRY-MILLER**
Attorney-In Charge
Texas Bar No. 00794248
Federal ID No. 28372
rperry-miller@grayreed.com
1601 Elm Street, Suite 4600
Dallas, Texas  75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332

**ATTORNEY FOR DEFENDANT,
CONSUMER FINANCE RESOURCES LLC
D/B/A STUDENT LOAN RESOLVE**

THE LAW OFFICES OF AARON K. MULVEY, PLLC

By: */s/ Aaron K. Mulvey* *(with permission)*
Aaron K. Mulvey
Texas State Bar No. 24060309
Aaron@MulveyLaw.net
518 N. Manus Drive
Dallas, Texas 75224
Telephone: (214) 946-2222

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record herein through ECF on this the 18th day of October, 2017, in accordance with the Federal Rules of Civil Procedure.

*/s/ Ralph Perry-Miller*
**RALPH PERRY-MILLER**