UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>**CONSUMER FINANCIAL RESOURCES LLC d/b/a STUDENT LOAN RESOLVE,**<br><br>**Defendant** | §<br>§<br>§<br>§<br>§   **Civil Case No.** 17-CV-174-ALM<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff Craig Cunningham, through counsel, hereby moves this Court to DISMISS ALL CLAIMS AND CAUSES OF ACTION WITH PREJUDICE against defendant Consumer Financial Resources LLC d/b/a Student Loan Resolve

**Dated:** November 11, 2017

/s/ Aaron K. Mulvey_____

Aaron K. Mulvey
**The Law Offices of Aaron K. Mulvey, PLLC**
1327 Bar Harbor Dr.
Dallas, TX 75232
Tel: 214-282-5215
Aaron@MulveyLaw.net

PLAINTIFF'S MOTION TO DISMISS