UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL RESOURCES LLC d/b/a STUDENT LOAN RESOLVE,<br><br>Defendant | § § § § § § § § § § § Civil Case No. 17-CV-174-ALM |

## Order

It is hereby **ORDERED** that Plaintiff's Motion to Dismiss with prejudice is granted. All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**SIGNED this 15th day of November, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE